Matt Shimanek (I.D. #6605)
Shimanek Law PLLC
317 East Spruce St.
Missoula, MT 59802
Phone: (406) 544-8049
matt@shimaneklaw.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re: )
THE MT DISTILLERY LLC, ) Case No. 9:24-bk-90081-BPH
 )
 Debtor. ) Chapter 11
_____)_____

MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL
AFFAIRS, AND BALANCE OF INITIAL CASE FILINGS
_____

COMES NOW the Debtor, by and through counsel, Matt Shimanek, moves the Court for an Order pursuant to 11 U.S.C. § 105 extending the time to file the Schedules, Statement of Financial Affairs, and remaining initial case filings in this case to Monday, May 20, 2024. The United States Trustee's office and the Subchapter V Trustee are aware of the Debtor's intent to file this request. The reasons for this request are as follows:

1. The Debtor filed for Chapter 11 bankruptcy relief on April 29, 2024 and a deficiency notice was issued at ECF #6 requiring the Debtor to file completed Schedules, Statement of Financial Affairs, and remaining initial documents on or before May 14, 2024.

2. Due to the schedule of the below counsel and the principal for the Debtor, the Debtor is in need of a short extension of time to complete the Schedules,

1

Statement of Financial Affairs and remaining initial documents and believes the remaining items will be finalized, signed and filed by Monday, May 20, 2024.

WHEREFORE, the Debtor respectfully requests that the Court extend the deadline for filing the Schedules, Statement of Financial Affairs and remaining items noted on the deficiency notice dated April 30, 2024 at ECF #6 to Monday, May 20, 2024.

DATED this 14th day of May, 2024.

/s/ Matt Shimanek
Matt Shimanek
Shimanek Law PLLC
Attorney for the Debtor

## CERTIFICATE OF MAILING

I, the undersigned, Matt Shimanek, do hereby certify under penalty of perjury that a copy of the within and foregoing Motion to Extend Deadline was served on today's date (i) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail to the following parties:

Mr. Brett Cahoon
Unites States Trustee's Office
Via ECF

Ms. Christy Brandon
Subchapter V Trustee
Via ECF

See attached list of creditors.

/s/ Matt Shimanek
Matt Shimanek