Exhibit B

# SIX-MONTH POST-PETITION CASH PROJECTIONS
## (CHAPTER 11 BUSINESS DEBTOR)

Case No _____
Debtor: The nut Distillery

| | Month: Sep 24 | Month: Oct 24 | Month: Nov 24 | Month: Dec 24 | Month: Jan '25 | Month: Feb '25 | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | | |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | 24,000 | 19,000 | 15,000 | 26,500 | 16,500 | 13,000 | |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other: Rent | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | |
| Other: _____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | 25,800 | 20,800 | 15,800 | 27,300 | 18,300 | 14,800 | |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto/Truck Expenses | 200 | 200 | 200 | 200 | 200 | 200 | |
| ~~Employee Benefits~~ Merchant Pcs | 300 | 300 | 300 | 300 | 300 | 300 | |
| Insurance | 520 | 520 | 520 | 520 | 520 | 520 | |
| Inventory Purchases | 7,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | |
| Officer Salaries | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | 5,800 | |
| Other Salaries/Wages | 2,400 | 2,400 | 2,000 | 2,400 | 2,000 | 2,000 | |
| Payroll Taxes | 200 | 200 | 150 | 200 | 150 | 150 | |
| Marketing ~~Rent and Lease Payments~~ | 100 | 100 | 100 | 100 | 100 | 100 | |
| Repairs and Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | |
| Secured Debt Payments | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | |
| Supplies | 300 | 500 | 300 | 500 | 200 | 200 | |
| Utilities | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | | | | | | |
| Other: 302 Monkey | 950 | 950 | 950 | 950 | 950 | 950 | |
| Other: Fruit Stand 8/28/24 | 620 | 620 | 620 | 620 | 620 | 620 | |
| IRS | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | |
| **TOTAL CASH DISBURSEMENTS** | 23,590 | 18,690 | 18,140 | 18,690 | 18,040 | 18,040 | |
| **NET CASH FLOW** | 2,210 | 1,110 | (2,340) | 8,610 | 260 | (3,240) | 6,610 |
| | | | | | Slower months in industry | | |
| **Ending Cash Balance** | | | | | | | |

*Requires Court approval

UST-1A